IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHNNIE AULT, *Individually and as Special Administrator of the Estate of Bryan W. Ault, deceased*, <br><br> Plaintiff, <br><br> vs. <br><br> SCHLUMBERGER, LTD., TRANSOCEAN, LTD, HARBINGER GROUP, INC., and BP, PLC., <br><br> Defendants. | Case No. 12-cv-833-JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff Johnnie Ault's motion for voluntary dismissal (Doc. 44) pursuant to Federal Rule of Civil Procedure 41(a).  Transocean, Ltd. and Harbinger Group, Inc., have already been dismissed from this action.  BP, PLC., has not filed an answer.  Schlumberger, Ltd., has informed the Court it does not oppose Ault's motion.   As such, the Court finds dismissal of this action appropriate.  Accordingly, the Court **GRANTS** Ault's motion (Doc. 44), **DISMISSES** Schlumberger, Ltd., **DISMISSES** this action without prejudice, and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED:** April 1, 2013

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
